IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THYRONE WILLIAMS** *and*
**LUELLA WILLIAMS**                                                                                              **PLAINTIFFS**

**v.**                                                                  **CIVIL ACTION NO. 1:23-cv-194-TBM-RPM**

**NATIONWIDE INSURANCE**
**COMPANY OF AMERICA**                                                                                  **DEFENDANT**

**ORDER GRANTING IN PART AND DENYING IN PART**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Before the Court is the Motion for Summary Judgment [7] filed by Nationwide Insurance Company of America. At the hearing conducted in this matter on May 6, 2024, the Court considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority, and announced on the record its detailed findings and conclusions. The Court concluded that the Defendant's Motion for Summary Judgment is GRANTED in part and DENIED in part.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on May 6, 2024, Nationwide Insurance Company of America's Motion for Summary Judgment [7] is GRANTED as to the bad faith and extracontractual claims.

IT IS FURTHER ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on May 6, 2024, Nationwide Insurance Company of America's Motion for Summary Judgment [7] is DENIED as to all other claims.

This the 6th day of May, 2024.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**